1 | QUIN DENVIR, Bar #49374
Federal Defender
2 | FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5 |
Attorney for Defendant
6 | ALEJANDRO HERNANDEZ-LOYA

7 |

8 |                 IN THE UNITED STATES DISTRICT COURT

9 |                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,      )   NO. 1:05Cr00313 OWW
                                  )
12 |                 Plaintiff,    )   STIPULATION CONTINUING STATUS
                                  )   CONFERENCE HEARING AND RESETTING
13 |           v.                  )   FOR CHANGE OF PLEA
                                  )   ANDORDER THEREON
14 | ALEJANDRO HERNANDEZ-LOYA,      )
                                  )
15 |                 Defendant.    )   Date:   November 21, 2005
                                  )   Time:  1:30 P.M.
16 | _____)   Judge: Hon. Oliver W. Wanger

17 |

18 |        **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 | counsel that **the status conference hearing in the above-entitled matter now set for November 7,**

20 | **2005, may be continued to November 21, 2005, at 1:30 P.M., and reset for change of plea hearing.**

21 |        This stipulation is requested by counsel for defendant to  complete negotiation and preparation of a

22 | plea agreement.

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests

2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of

3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),

4  and 3161(h)(8)(B)(iv).

5                                                      McGREGOR W. SCOTT
                                                       United States Attorney
6

7                                                      /s/ Francine Zepeda with consent of

8  DATED: November 3, 2005            By: _____
                                                       MARIANNE PANSA
9                                                      Assistant United States Attorney
                                                       Attorney for Plaintiff
10

11                                                     QUIN DENVIR
                                                       Federal Public Defender
12

13

14  DATED: November 3, 2005            By:  /s/ Francine Zepeda
                                                       FRANCINE ZEPEDA
15                                                     Assistant Federal Defender
                                                       Attorneys for Defendant
16                                                     ALEJANDRO HERNANDEZ-LOYA

17

18

19                                   **O R D E R**

20    **IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A),

21  3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

22         DATED: November  4  , 2005
                                                       /s/ OLIVER W. WANGER
23                                                     _____
                                                       OLIVER W. WANGER, Judge
24                                                     United States District Court
                                                       Eastern District of California
25

26

27

28

Stipulation Continuing Status Conference Hearing
and Resetting for Change of Plea
and [Proposed] Order Thereon                    2